
RECEIVED
APR 0 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| STEVE M. MARCANTEL | CIVIL ACTION NO. 05-0043 |
| VERSUS | JUDGE DOHERTY |
| WARDEN AVOYELLES BUNKIE DETENTION CENTER | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Marcantel's petition for *habeas corpus* is hereby DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this 31 day of March, 2006 at Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE