RECEIVED
MAY - 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

STEVE M. MARCANTEL

VERSUS

AVOYELLES BUNKIE DETENTION CTR.

CIVIL ACTION NO. 6:05CV0043
JUDGE DOHERTY
MAG. JUDGE METHVIN

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 9 day of May, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE